IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Criminal Action No. 12-cr-00169-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

7.    ALEJANDRO CASTRO,
        a/k/a Alex Castro,

    Defendant.

_____

# ORDER
_____

This matter is before the court on Defendant Castro's Motion to Reconsider Bond Conditions [Doc. No. 136] filed August 20, 2012. The United States filed a response on September 25, 2012 [Doc. No. 149]. The matter is set for hearing before this court on October 2, 2012 at 3:00 p.m. in Courtroom **C-201**, 1929 Stout Street, Denver, Colorado.

At the time of the original setting of bond in this case, Magistrate Judge Kristen L. Mix had already held a detention hearing in Case No. 12-cr-00265-JLK for this defendant. The charges in that case were the same as are now pending in this case. Therefore, in fairness to the Defendant who had been granted conditions of release, this court simply adopted the findings and conclusions of Magistrate Judge Mix and set the same conditions for release in this case.

*See* [Doc. No. 103, dated July 23, 2012.] The former case has since been dismissed and the bond discharged without the defendant ever having been released from custody.

Given that this court is now charged with bond decisions especially in light of the Motion filed by the defendant and because the bond set originally by Magistrate Judge Mix is no longer pending, this court will hold a full detention hearing pursuant to Title 18 U.S.C. § 3142 and 3145. The parties should be prepared to address the appropriate factors concerning release or detention set forth in 18 U.S.C. §3142(g), including the presumption favoring detention in 18 U.S.C. § 3142(f).

The Colorado Probation Department shall update the Pretrial Services Report prepared by the Central District of California with any additional information which would be helpful to the court prior to the hearing.

Dated this 27th day of September, 2012.

BY THE COURT:

Kathleen M Tafoya
United States Magistrate Judge