IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | | | |
|---|---|---|---|
| Courtroom Deputy: | Julie Dynes | Date: | November 12, 2013 |
| Court Reporter: | Kara Spitler | Probation: | Ryan Henry |
| Interpreter: | Marcela Salazar | | |

Criminal Action No. 12-cr-00169-RBJ

*Parties*:                                                                 *Counsel*:

UNITED STATES OF AMERICA,                       Barbara Skalla

    Plaintiff,

v.

7. ALEJANDRO CASTRO                                    Robert Driscoll
    Defendant.

## COURTROOM MINUTES

**SENTENCING HEARING**

**Court in session: 1:01 p.m.**

Appearances of counsel.

Defendant is present on bond.

Interpreter sworn.

Defense notes there is no need for an interpreter, requests interpreter stay in case there is an issue.

Argument given on sentencing.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

Defendant entered his plea on June 4, 2013, to Count One of the Superseding Indictment.

**ORDERED:**  [434] Objections to the presentence report are DENIED.

[469] Government's Motion for Downward Departure Pursuant to U.S.S.G. § 5K1.1 and 18 U.S.C. § 3553(e) is GRANTED.

**ORDERED:**  Defendant shall be **imprisoned** for sixty six (66) months.

Court RECOMMENDS that the Bureau of Prisons place the defendant at San Pedro, California or Santa Barbara, California and recommends that the defendant be allowed to participate in a program for treatment of drug abuse.

**ORDERED:**  Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of three (3) years.

**ORDERED:**  **Conditions** of Supervised Release that:
- (**X**)  Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (**X**)  Defendant shall not commit another federal, state or local crime.
- (**X**)  Defendant shall not illegally possess controlled substances.
- (**X**)  Defendant shall not possess a firearm or destructive device.
- (**X**)  Defendant shall comply with standard conditions recommended by U.S. Sentencing Commission.
- (**X**)  Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (**X**)  Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.

**ORDERED:**  **Special Condition** of Supervised Release that:
- (**X**)  Defendant shall participate in and successfully complete a program of testing and treatment for substance abuse as directed by the probation officer until such time as defendant is released from the program by the probation officer.  Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and shall pay the cost of treatment as directed by the probation officer.

**ORDERED:**  Defendant shall pay **$100** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days.

       A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

       Bond released.  Defendant shall voluntarily surrender and report to the institution designated by the Bureau of Prisons within 15 days from the date of designation.

**Court in recess: 1:58 p.m.**

Hearing concluded.

Total time: **00:57**