IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 12-cr-00169-RBJ-07

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

ALEJANDRO CASTRO,

        Defendant.

---

**ORDER TO SURRENDER IN LIEU OF
TRANSPORTATION BY THE UNITED STATES MARSHAL**

---

    IT IS ORDERED that Defendant, ALEJANDRO CASTRO, having been sentenced in the above-named case to the custody of the Bureau of Prisons, is to surrender himself by reporting to the Warden, Federal Correctional Institution Taft-Satellite Camp, in Taft, California, on December 17, 2013, by 12:00 p.m., and will travel at his own expense.

    DATED at Denver, Colorado, this __3__ day of December, 2013.

                            BY THE COURT:

                            _____
                            R. BROOKE JACKSON
                            United States District Judge